FILED ENTERED
LODGED RECEIVED

JAN 17 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ13-31 |
| Plaintiff, | |
| v. | COMPLAINT for VIOLATION |
| CHARLES GLENN PERKINS, | Title 18, U.S.C. Sections 2252(a)(2), (b)(1), (a)(4)(B), and (b)(2) |
| Defendant. | |

BEFORE Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1
### (Receipt of Child Pornography)

Beginning at a time unknown, and continuing until on or about January 16, 2013, at Burien, within the Western District of Washington, CHARLES GLENN PERKINS did knowingly receive, and attempt to receive, one or more visual depictions of sexually explicit conduct, where the production of such visual depictions involved the use of a minor engaged in sexually explicit conduct, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

COMPLAINT/PERKINS - 1
Case No.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT 2
### (Possession of Child Pornography)

On or about January 16, 2013, at Burien, within the Western District of Washington, CHARLES GLENN PERKINS did knowingly possess at least one matter which contained one or more visual depictions of sexually explicit conduct where the production of such visual depictions involved the use of a minor engaged in sexually explicit conduct, where the visual depiction had been shipped and transported in and affecting interstate and foreign commerce.

All in violation of Title 18 United States Code Sections 2252(a)(4)(B) and (b)(2).

The undersigned complainant being duly sworn further states:

1.   I, Timothy A. Ensley, am a Special Agent with the U.S. Department of Homeland Security (DHS), Homeland Security Investigations (HSI), assigned to the Special Agent in Charge (SAC) Seattle, Washington. I have been an agent with HSI since May 2009. HSI is responsible for enforcing the customs and immigration laws and federal criminal statutes of the United States. As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography and material involving the sexual exploitation of minors in violation of Title 18, United States Code, Sections 2251, 2252(a) and 2252A(a). I am a graduate of the Federal Law Enforcement Training Center (FLETC), HSI Special Agent Training Program, and have received further specialized training in investigating child pornography and child exploitation crimes. I have also had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256(8)). I have participated in the execution of previous search warrants, which involved child exploitation and/or child pornography offenses and the search and seizure of computers, related peripherals, and computer media equipment. I am a member of the Seattle Internet Crimes Against Children (ICAC) Task Force in the Western District of

COMPLAINT/PERKINS - 2
Case No.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Washington, and work with other federal, state, and local law enforcement personnel in the investigation and prosecution of crimes involving the sexual exploitation of children.

2. As further detailed below, based on my investigation and the investigation of other law enforcement officers, I submit there is probable cause to believe that CHARLES GLENN PERKINS has committed the violations described above. In particular, the investigation has uncovered substantial evidence that CHARLES GLENN PERKINS knowingly received and possessed child pornography on January 16, 2013.

## SUMMARY OF INVESTIGATION

3. On December 29, 2012, CHARLES GLENN PERKINS, a U.S. citizen, arrived at the Toronto Pearson International Airport (TPIA) along with his wife, T.W., and his mother-in-law. PERKINS had first traveled from the Sea-Tac International Airport to the San Francisco International Airport where PERKINS boarded a cruise ship bound for Santiago, Chile. After arriving in Santiago, Chile, PERKINS then boarded a flight to Toronto, Canada.

4. Upon arrival at TPIA, officers with the Canadian Border Services Agency (CBSA) discovered that PERKINS had a criminal history in the United States and is a registered sex offender in the State of Washington. Based on a review of law enforcement databases, PERKINS is a registered sex offender based on convictions for First Degree Statutory Rape, First Degree Incest, First Degree Statutory Rape and First Degree Incest (10/28/86, Kitsap County), First Degree Statutory Rape and Child Molestation in the First Degree (6/09/89, Kitsap County), and Child Molestation in the First Degree (1/16/90, King County). Due to PERKINS's criminal record, the CBSA denied PERKINS entry into Canada, although they permitted his wife and mother-in-law to enter. CBSA also sent PERKINS for a secondary search, where the computer he was carrying, an HP laptop computer (S/N CNF812081Q), was examined pursuant to Canada's border search authority. The examination revealed two images, at least one of which the CBSA officers believed to be child pornography on the computer.

COMPLAINT/PERKINS - 3
Case No.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

5. Based on this information and the resulting investigation, on January 16, 2013, I applied for a search warrant for PERKINS's residence in Burien, Washington. The Honorable Brian A. Tsuchida, United States Magistrate Judge, issued the warrant, and HSI Seattle agents executed the warrant later that day.

6. PERKINS was at the residence when law enforcement executed the search warrant. After being advised of his *Miranda* rights, PERKINS admitted to possessing and downloading child exploitation material over the Internet. PERKINS further admitted that he has had urges to sexually molest children but that he is able to control the urges by viewing child pornography and by staying away from situations where he is around children.

7. During a preliminary onsite forensic examination of at least one data storage device belonging to PERKINS, HSI Seattle Computer Forensic Agents discovered several images of minors engaged in sexually explicit activity.

8. I have reviewed all of these images, one of which is described below:

Name: D18.JPG

This color image depicts a prepubescent white female (hereinafter referred to as "child victim") laying on her back on what appears to be a bright floral carpet. The child victim is wearing white see-through and lace stockings on both legs that come up to her upper thigh area, and a white lace sleeveless pajama top. The child victim can be seen from her thigh area to the top of her head. The child victim's elbows are tucked under her lower back, slightly raising her torso. The child victim's legs are spread open, fully exposing her genital area. The child victim is young in appearance, has no visible pubic hair or breast development and appears to be between the ages of nine and eleven years old.

9. Following the interview of PERKINS at the search warrant, based on these investigative findings and PERKINS's statements to agents, PERKINS was arrested by HSI Seattle agents on probable cause for violations of Title 18, United States Code, Sections 2252(a)(2) and (b)(1) (Receipt of Child Pornography), and Title 18, United States Code, Sections (a)(4)(B), and (b)(2) (Possession of Child Pornography).

//
//

COMPLAINT/PERKINS - 4
Case No.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CONCLUSION

10. Based on the above facts, I respectfully submit that there is probable cause to believe that CHARLES GLENN PERKINS did knowingly and unlawfully receive child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1), and knowingly and unlawfully possess child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Timothy A. Ensley, Complainant
Special Agent, HSI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 17 day of January 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

COMPLAINT/PERKINS - 5
Case No.